# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   25-MJ-603 |
| Luis Gonzalez-Marcial | ) | |
| (DOB xx/xx/1992) | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 11, 2025 _____ in the county of _____ Outagamie _____ in the

___ Eastern ___ District of ___ Wisconsin ___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(b)(1) | Reentry after Deportation |

This criminal complaint is based on these facts:

Please see Affidavit.

☑ Continued on the attached sheet.

JEREMY M SCHULTZ   Digitally signed by JEREMY M SCHULTZ
Date: 2025.04.16 10:40:33 -05'00'

*Complainant's signature*

Jeremy Schultz, Deportation Officer - ICE

*Printed name and title*

Sworn via telephone; transmitted via email
pursuant to Fed. R. Crim. 4.1

Date:  April 16, 2025

*Judge's signature*

City and state:         Green Bay, Wisconsin

Honorable William C. Griesbach, U.S. District Judge

*Printed name and title*

## AFFIDAVIT OF DEPORTATION OFFICER JEREMY M. SCHULTZ IN SUPPORT OF ARREST WARRANT

I, Jeremy M. Schultz (affiant), after being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1.  I am a duly appointed Deportation Officer (DO) with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE). I have been employed with this agency (DHS), since August of 2011 as a Border Patrol Agent (BPA) and then as a Deportation Officer (DO) since March of 2022. In February of 2012, I graduated from the Border Patrol Basic Academy located at the Federal Law Enforcement Training Center in Artesia, NM, where I was trained on immigration laws, policies, and procedures. In March 2022, I transferred from the U.S. Border Patrol to ICE. I attended the Deportation Officer Transition Program (DOTP) from April 2022 through May 2022. I am responsible for conducting criminal and civil investigations of violations of the Immigration and Nationality Act (INA), which relate to an alien's right to presence and employment in the United States.

2.  All the statements and information contained in this affidavit are based upon my review of investigative reports prepared by law enforcement officers with knowledge of the facts recited and upon my conversations with law enforcement officers having personal knowledge of the pertinent facts; and upon my review of official documents and records maintained by the United States. Therefore, all the statements and information contained herein are true and correct to the best of my knowledge, information, and belief.

3.  The information contained in this affidavit does not include all the facts I know about this investigation. Rather, it contains only the facts necessary to establish probable cause to believe that GONZALEZ-Marcial, Luis (defendant) has violated the following: 8 U.S.C. 1326(b)(1).

## FACTS ESTABLISHING PROBABLE CAUSE

4.     On April 11, 2025, the defendant, GONZALEZ-Marcial, Luis (A # 200 779 319), was arrested in the Eastern District of Wisconsin, at the Outagamie County Jail, in Oshkosh, Wisconsin for Felony Bail Jumping. An investigation conducted by affiant revealed defendant is a citizen of Mexico and was previously removed from the United States on two (2) occasions.

5.     On April 11, 2025, Deportation Officer, Jeremy Schultz, screened Outagamie County Jail and determined GONZALEZ-Marcial's fingerprints and photograph were taken and electronically submitted to federal databases including IAFIS and IDENT.   After GONZALEZ-Marcial fingerprints were submitted to Department of Justice and Department of Homeland Security databases by the Outagamie County Jail, they were electronically matched to FBI# **850105WB5** and are now associated with his criminal history and Alien Registration #: 200 779 319.   Alien registration file records, databases, and indices revealed to defendant was removed from the United States two times prior to being found in the Eastern District of Wisconsin.   GONZALEZ-Marcial was issued a Warrant of Arrest/Notice to Appear (WA/NTA) by Immigration and Customs Enforcement (ICE) officers in Milwaukee, Wisconsin on May 11, 2012.   GONZALEZ-Marcial was ordered removed from the United States by an Immigration Judge (IJ) in Chicago, Illinois on May 23, 2012.   GONZALEZ-Marcial was physically removed from the United States on May 25, 2012, through the Harlingen, Texas Port of Entry.   On June 26, 2012, GONZALEZ-Marcial's final order of removal was Reinstated by United States Border Patrol Agents in Carrizo Springs, Texas. On April 11, 2013, GONZALEZ-Marcial was convicted by the Western District of Texas at Del Rio, Texas for violating Title 8, United States Code, Section 1326.   GONZALEZ-Marcial was

2

sentenced to 15 months confinement following his conviction. On July 26, 2013, GONZALEZ-Marcial was removed from the United States through the Nogales, Arizona Port of Entry. A search of DHS indices failed to produce any record of an application for lawful entry or lawful admission into the United States by or on the behalf of defendant.

## CONCLUSION

6.     Based on the foregoing facts, and my experience and training, probable cause exists that Luis GONZALEZ-Marcial (defendant) violated Title 8, United States Code, Section 1326(b)(1), in that defendant, an alien, whose removal was subsequent to a charge for commission of a felony, was found in Outagamie County, Wisconsin, after having been last removed from the United States on July 26, 2013, and returned to the United States without having first obtained the consent of the Secretary of Homeland Security prior to his return.