

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *Fax (414) 297-1738*
*Milwaukee WI 53202*     *www.justice.gov/usao/wie*

April 18, 2025

William C. Griesbach
United States District Judge
Eastern District of Wisconsin
Room 203
125 S. Jefferson St.
Green Bay, WI 54301-4541

    Re:     *United States v. Luis Gonzalez-Marcial*
               Case No. 25-MJ-603

Dear Judge Griesbach:

    At the initial appearance hearing this morning before this court, conducted via zoom, the defendant disputed his identity, contending that the wanted person was actually his brother by the same name, who had a 1992 birth year, as reflected on the face of the complaint. The defendant said his birth year was 1982. This court directed our office to investigate the defendant's contention.

    The arresting agency, Immigration and Customs Enforcement ("ICE"), has since the hearing indicated that the 1992 birth year on the face of the complaint for Mr. Gonzalez-Marcial is an incorrect typo, and that his actual year of birth is 1982. (Note that the birth year does not appear in the body of the affidavit for the complaint.) ICE affirms the accuracy of the biometric fingerprint information by which they identified Mr. Gonzalez-Marcial, and reiterated its confidence that the person who appeared at the hearing this morning is the person named in the complaint of April 16, 2025 in Case No. 25-MJ-603.

    The ICE arrest report on Mr. Gonzalez-Marcial, provided to counsel after the hearing, has the proper year of birth of 1982, and further contained health information similar to what the defendant reported during the hearing this morning.

Thank you for your patience as Mr. Gonzalez-Marcial's contentions were investigated. Our office sincerely apologizes for the inaccuracy on the face of the complaint, which opened the door to the identity issue.

Please let me know if there are any questions about this matter.

    Sincerely,

    RICHARD G. FROHLING
    Acting United States Attorney

By:

    s/STEPHEN A. INGRAHAM
    Assistant United States Attorney
    Wisconsin Bar Number 1009890
    stephen.ingraham@usdoj.gov
    Office of the United States Attorney
    517 East Wisconsin Avenue, Room 530
    Milwaukee, Wisconsin 53202
    Telephone: (414) 297-1700